# U.S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

In re:

      MICHAEL CAMFERDAM,      CASE NO. 18-30160-KKS
           Debtor.                  CHAPTER 7

---

      RAYMOND JAMES & ASSOCIATES,
           INC.,

           Plaintiff,

vs.                        ADV. PROC. NO. 18-03009-KKS

      MICHAEL CAMFERDAM,

           Defendant.

---

## NOTICE OF DEPOSITION

      PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7030, Defendant, Michael Camferdam ("Defendant") will take the deposition of the Corporate Representative of Plaintiff, RAYMOND JAMES & ASSOCIATES, INC. ("Raymond James"), who shall be designated to testify on Raymond James behalf regarding all information known or reasonably available to Raymond James with respect to:

1

1.     The matters alleged in the Adversary Complaint.

2.     The terms and conditions of the sales agreement between Morgan Keegan and Raymond James.

3.     The 41 complaints alleged in paragraph 10 of the Adversary Complaint.

Defendant requests that Raymond James provide written notice at least five (5) business days before the deposition of the name and employment position of the individual designated to testify on Raymond James's behalf.  This deposition will take place at the offices of Taylor Reporting Services, 21 E. Garden Street, Suite 210, Pensacola, Florida, commencing at 9:00 a.m., on April 23, 2019.

This deposition will be taken by stenographic means before an officer authorized to administer oaths.  The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated this 27th day of March, 2019.

/s/ Philip A. Bates
Philip A. Bates
Bar Number 228354

Sarah S. Walton
Bar Number 0049954
PHILIP A. BATES, P.A.
Attorneys for Debtor, Michael
Camferdam
P.O. Box 1390
Pensacola, FL 32591-1390
Telephone: (850) 470-0091
Facsimile: (850) 470-0441
pbates@philipbates.net
swalton@philipbates.net

## **CERTIFICATE OF SERVICE**

The following parties were served either by electronic or standard first class mail, postage prepaid, on this 27th day of March, 2019:

John Venn
johnevennjr@aol.com
Co-counsel for Michael Camferdam

Christopher T. Conte
ctc@helmsinglaw.com
Attorney for Raymond James and Associates, Inc.

/s/ Philip A. Bates
PHILIP A. BATES